BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-MC-00008-LKK-KJN |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $5,000.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $1,216.00 IN U.S. CURRENCY, | |
| Defendants | |

It is hereby stipulated by and between the United States of America and claimants

Lee Vang and Chai Chang ("claimants"), in *Pro Se*, as follows:

1.      On or about October 18, 2013, claimants Lee Vang and Chai Chang filed

claims, in the administrative forfeiture proceedings, with the Internal Revenue Service

with respect to the Approximately $5,000.00 in U.S. Currency and Approximately

$1,216.00 in U.S. Currency (hereafter "defendant currency"), which was seized on August

28, 2013.

2.      The Internal Revenue Service has sent the written notice of intent to forfeit

required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has

1

1  expired for any person to file a claim to the defendant currency under 18 U.S.C. §

2  983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant

3  currency as required by law in the administrative forfeiture proceeding.

4        3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a

5  complaint for forfeiture against the defendant currency and/or to obtain an indictment

6  alleging that the defendant currency is subject to forfeiture within ninety days after a

7  claim has been filed in the administrative forfeiture proceedings, unless the court extends

8  the deadline for good cause shown or by agreement of the parties.  That deadline is

9  January 16, 2014.

10        4.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for an

11  extension to April 16, 2014, the time in which the United States is required to file a civil

12  complaint for forfeiture against the defendant currency and/or to obtain an indictment

13  alleging that the defendant currency is subject to forfeiture.

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Stipulation to Extend Time to File Complaint

5.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to April 16, 2014.

Dated:     1/14/14                              BENJAMIN B. WAGNER
                                                United States Attorney

                                                 /s/ Jeffrey A. Spivak
                                                JEFFREY A. SPIVAK
                                                Assistant U.S. Attorney


Dated:     1/16/14                              /s/ Lee Vang
                                                LEE VANG
                                                Claimant, in PRO SE


Dated:     1/16/14                              /s/ Chai Chang
                                                CHAI CHANG
                                                Claimant, in PRO SE

                                                (Signatures retained by attorney)


IT IS SO ORDERED.

Dated:  January 23, 2014.



LAWRENCE  K.  KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3