BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-MC-00008-LKK-KJN |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $5,000.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $1,216.00 IN U.S. CURRENCY, | |
| Defendants | |

It is hereby stipulated by and between the United States of America and claimants

Lee Vang and Chai Chang ("claimants"), in *Pro Se*, as follows:

1.     On or about October 18, 2013, claimants Lee Vang and Chai Chang filed

claims, in the administrative forfeiture proceedings, with the Internal Revenue Service

with respect to the Approximately $5,000.00 in U.S. Currency and Approximately

$1,216.00 in U.S. Currency (hereafter "defendant currency"), which was seized on August

28, 2013.

2.     The Internal Revenue Service has sent the written notice of intent to forfeit

required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has

1

expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.     Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline is January 16, 2014.

4.     By Stipulation and Order filed January 23, 2014, the parties stipulated to extend to April 16, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for an extension to June 16, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///

Stipulation to Extend Time to File Complaint

6. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to June 16, 2014.

Dated: _____4/10/14_____                        BENJAMIN B. WAGNER
                                                United States Attorney

                                                 /s/ Jeffrey A. Spivak
                                                JEFFREY A. SPIVAK
                                                Assistant U.S. Attorney

Dated: _____4/10/14_____                         /s/ Lee Vang
                                                LEE VANG
                                                Claimant, in PRO SE

Dated: _____4/10/14_____                         /s/ Chai Chang
                                                CHAI CHANG
                                                Claimant, in PRO SE

                                                (Signatures retained by attorney)

IT IS SO ORDERED.

Dated: April 11, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3

Stipulation to Extend Time to File Complaint